1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3

4  United States of America,                    Case No. 3:25-mj-70557-MAG

5        v.

6  Pedro Pablo Garcia-Trinidad                  Charging District's Case Number:
                                                23-CR-01173-KC
7

8

9

10                    **COMMITMENT TO ANOTHER DISTRICT**

11        The defendant has been ordered to appear in the Western District of Texas. The defendant

12  may need an interpreter for this language: Not Applicable.

13        The defendant  is:

14                              (   ) will obtain an attorney.

15                              ( x ) is requesting court-appointed counsel.

16        The defendant remains in custody after the initial appearance.

17        **IT IS ORDERED:** The United States marshal must transport the defendant, Pedro Pablo

18  Garcia-Trinidad, forthwith, together with a copy of this order, to the charging district and deliver

19  the defendant to the United States Marshal for that district, or to another officer authorized to

20  receive the defendant.  The marshal or officer in the charging district should immediately notify

21  the United States attorney and the clerk of court for that district of the defendant's arrival so that

22  further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit

23  the papers and any bail to the charging district.

24  Dated: 5/8/2025

25  _____

26  United States Magistrate Judge Alex G. Tse

27

28